■ In the Matter of the Probate of the Will of MARTHA B. SCHWARZ, Deceased. CAROL McCRAITH, Appellant; ALBERT G. BUTZER et al., as Executors of ROSE P. KRAMER, Deceased, et al., Respondents.— Decree and order affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from a decree of Erie Surrogate's Court after trial before a jury, in Supreme Court, admitting the alleged last will of decedent to probate and awarding letters testamentary and of trusteeship; also appeal from order of Erie Supreme Court denying contestant's motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ ABRAHAM ALFENBAUM, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 34265.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Cross appeals from a judgment of the Court of Claims for claimant on a claim for damages for illegal detention in a State institution.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.